TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00315-CV

Texas Department of Human Services, Appellant

v.

William Duvall, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 98-08609, HONORABLE HUME COFER, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. We grant appellant's motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: August 26, 1999

Do Not Publish